UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 09-cr-105-JL

<u>Fernando Santiago</u>

**O R D E R**

Because Charles J. Keefe is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

                                            /s/ Joe Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  June 29, 2009

cc:  Terry L. Ollila, AUSA
      Charles J. Keefe, Esq.