```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>**United States of America**</u>

    **v.**　　　　　　　　　　　　　　　　　Case No. 09-cr-105-PB

<u>**Fernando Santiago**</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for August 18, 2009, citing new counsel and the need for additional time to complete discovery and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to November 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 27, 2009 final pretrial conference is continued to October 19, 2009 at 4:15 p.m.

SO ORDERED.

                                                /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

July 27, 2009

cc:   Charles J. Keefe, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal