**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                    Case No. 09-cr-105-PB

<u>Fernando Santiago</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for November 3, 2009, citing the need for additional time to receive and review additional discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to December 1, 2009 . In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on November 23, 2009 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 21, 2009

cc: Charles J. Keefe, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal