```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                         Case No. 09-cr-105-PB

**Fernando Santiago**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2009, citing the need for additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from December 1, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 22, 2009 at 10:30 a.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 30, 2009

cc: Charles J. Keefe, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal